```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - -X
```

ANNA WALDMAN on behalf of herself and
others similarly situated,

                Plaintiff,

                                              <u>ORDER</u>

     - against -

                                              CV 09-3827 (DGT)(MDG)

ULTIMATE LIFE, INC.,

                Defendant.

```
- - - - - - - - - - - - - - - - - - -X
```

     By letter filed on March 10, 2010 (ct. doc. 13), Mary Pearson, advises that the owner of The Ultimate Life, Inc. does not wish her to represent defendant in this lawsuit and seeks to cancel the conference scheduled for March 11, 2010. Since Ms. Pearson has previously appeared on behalf of defendant to seek an extension of time to file a late answer (ct. doc. 10), counsel may not withdraw from this case without leave of court. <u>See</u> Local Civil Rule 1.4. In light of her statement that she is not authorized to continue representation, this Court will treat the letter of counsel as a motion to withdraw.

     However, before acting on the application, this Court shall give the parties a chance to respond. Any objections or responses must be received by the Court by March 22, 2010.

<u>Warnings to Defendant</u>

     The defendant, THE ULTIMATE LIFE, INC., is warned that corporations may appear in federal court proceedings only through

counsel.  If Ms. Pearson is permitted to withdraw, the defendant must obtain new counsel in order to continue defending this action.

Default has been entered against the defendant.  If defendant fails to obtain counsel, the court shall deny the application for leave to file a late answer.  In such event, a default judgment could be entered against The Ultimate Life, Inc.

In light of the letter, the conference scheduled for March 11, 2010 is canceled.  A further conference may be scheduled after March 22, 2010.

Counsel of record for defendant is directed to call and advise the client that this order has been issued and to send a copy to the client.

**SO ORDERED.**

Dated:    Brooklyn, New York
          March 10, 2010

                                        _/s/_____
                                        MARILYN D. GO
                                        UNITED STATES MAGISTRATE JUDGE